EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS      #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00189 DAE |
| | ) |
| Plaintiff, | ) ORDER CONTINUING TRIAL |
| | ) DATE AND EXCLUDING TIME |
| vs. | ) |
| | ) |
| KEITH SEICHI IMAI,        (01) | ) |
| JEFFREY KAMA,             (02) | ) |
| SHAWNA KAULUKUKUI, and    (03) | ) |
| MICHAEL MIYASATO,         (04) | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

ORDER CONTINUING TRIAL DATE AND EXCLUDING TIME

On January 23, 2006, at the scheduled Pre-trial conference before the Honorable Magistrate Judge Leslie E. Kobayashi.  Appeared were Assistant U.S. Attorney Chris A. Thomas, for the government; Myles S. Breiner, Esq., attorney for Defendant Keith Imai, who was also present; Noah Fiddler, Esq.,

attorney for Defendant Jeffrey Kama, and also specially appearing for Louis Michael Ching, Esq., attorney for Shawna Kaulukukui; and Pamela E. Tamashiro, Esq., attorney for Michael Miyasato. The presence of all remaining defendants were excused.

Based upon an oral motion to continue the trial date made by the government, with an objection by Myles S. Breiner on behalf of Keith Imai, and with no objection by the remaining Defendants,

IT WAS ORDERED that the jury trial currently scheduled for February 22, 2006, be continued to July 5, 2006 at 9:00 a.m. before the Honorable Judge David Alan Ezra.  The final pretrial conference is scheduled for June 5, 2006, at 10:00 a.m. before Magistrate Judge Barry M. Kurren.  Defendants pre-trial motions are due on May 22, 2006 and the government's response is due on June 5, 2006.

The Court found that the ends of justice outweighed the best interest of the public and the Defendant in a speedy trial based on the consideration of contemplated Superseding Indictment and that the case is designated as complex and a continuance allows counsel for Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence in accordance with 18 U.S.C. § 3161(h)(8)(A) and (B)(i)&(ii).

IT WAS FURTHER ORDERED that the period beginning February 22, 2006 to and including July 5, 2006, be excluded from

the computations required by the Speedy Trial Act, Title 18, United States Code, Section 3161.

    DATED:  Honolulu, Hawai'i, January 25, 2006.



_Leslie E. Kobayashi_
Leslie E. Kobayashi
United States Magistrate Judge

United States v. Keith Imai, et al.
Cr. No. 05-00189 DAE
Order Continuing Trial and to
  Exclude Time