# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/19/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR NO. 05-00189DAE

CASE NAME:        United States of America Vs. (03) Shawna Kaulukukui

ATTYS FOR PLA:    Chris A. Thomas and Ice Agent-Derick Lee

ATTYS FOR DEFT:   (03) Louis Michael Ching

INTERPRETER:

JUDGE:   David Alan Ezra          REPORTER:   Cynthia Fazio

DATE:    03/19/2007               TIME:       2:40pm-3:05pm

COURT ACTION:  EP: As to Defendant (03) Shawna Kaulukukui-Sentence as to Counts 1 and 16 of the Indictment-Defendant present not in Custody.

Court accepts the Plea Agreement.

The Court adopts the presentence investigation report.

Government's Motion for Downward Departure-2:47pm-2:49pm-is hereby Granted.

Defendant qualifies for the safety valve provision.

Defendant addresses the Court.

Sentence-

Imprisonment-40 Months as to Count 1 and Count 16, all terms to run concurrently.

Court Recommendation-

1. 500 Hour Comprehensive Drug Treatment Program.

2. Prison Camp-Prison Facility

Defendant's Oral Request for Self Surrender-is hereby Granted.

Mittimus Stayed to 4/30/2007-2:00 p.m. (Local Time)

Supervised Release-5 Years as to Count 1 and 1 Year as to Count 16, all terms to run concurrently.

Special Conditions of Supervised Release-

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. That the defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

No Fine.

Special Assessment-$200.00

Defendant advised of her right to Appeal.

Government's Oral Motion to Dismiss Counts 5, 13 and 15 is hereby Granted.

Submitted by Leslie L. Sai, Courtroom Manager